# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID OTTENWELLER,** | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No: 3:24-cv-3077** |
| | § | |
| **AMAZON.COM SERVICES LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION FOR ENTRY OF
## CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff David Ottenweller and Defendant Amazon.com Services LLC (the "Parties") file this Joint Motion for Entry of Confidentiality and Protective Order to request that the Court enter the Parties' proposed Confidentiality and Protective Order (the "Protective Order"). Discovery in this action may involve the disclosure of personal information as well as confidential/proprietary business, technical, and financial information. The Parties therefore request that the Court enter the proposed Protective Order to protect against the disclosure of any such information.

The Parties have conferred regarding the attached proposed Protective Order, and the Parties agree to it.

Dated: May 23, 2025

Respectfully submitted,

By: */s/ Laura E. O'Donnell*
Laura E. O'Donnell
Texas State Bar No. 00797477
Laura.ODonnell@haynesboone.com
Haynes and Boone, LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: 210.978.7421

Raquel O. Alvarenga
Texas State Bar No. 24112449
Raquel.Alvarenga@haynesboone.com
Sean M.A. Lewis
Texas State Bar No. 24132066
Sean.Lewis@haynesboone.com
Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.651.5854

**ATTORNEYS FOR AMAZON.COM
SERVICES LLC**

By: */s/ Walker Green Harman, Jr*
Walker Green Harman, Jr
Texas State Bar No. 24136268
wharman@theharmanfirm.com
Evan Richardson
Texas State Bar No. 24138559
erichardson@theharmanfirm.com
Harman Green PC
824 Exposition Avenue, Suite 8
Dallas, Texas 75226
Telephone: 646.248.2288

**ATTORNEYS FOR DAVID
OTTENWELLER**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 23, 2025, a copy of the foregoing instrument was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Walker G. Harman, Jr.
140 Broadway, F1 46
New York, NY 10005
824 Exposition Ave.,
Suite 8
Dallas, Texas 75226
(646) 248-2288
wharman@theharmanfirm.com
erichardson@theharmanfirm.com

**ATTORNEYS FOR DAVID OTTENWELLER**

■ **ECF**
☐ Certified Mail, RRR
☐ Hand-Delivery
☐ Over-Night Delivery
☐ Facsimile
☐ E-Mail
☐ First-Class U.S. Mail

*/s/ Laura E. O'Donnell*
Laura E. O'Donnell